IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK C. JACKSON,

    Plaintiff,

v.                                                   Case No. 1:12-cv-66-MP-GRJ

HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

This matter is before the Court upon Defendant's Unopposed Motion For Extension of Expert Deadlines.  (Doc. 16.)  Defendant requests that the Court extend the deadlines for expert disclosures and the close of discovery. Defendant's counsel advises that she has been unable to schedule a deposition of the medical examiner who performed an autopsy of Plaintiff's mother. The medical examiner's office informed Defendant's counsel that the medical examiner likely would be available for a deposition in July.  Defendant's determination as to the retention of an expert is dependent upon the information obtained from the testimony of the medical examiner at his deposition.  Accordingly, Defendant requests the Court to extend the deadline for disclosure of experts to August 10, 2012 and also to extend the discovery deadline from July 31, 2012 until August 31, 2012 for the limited purpose of conducting expert discovery.  Defendant's counsel represents she has conferred with the *pro se* Plaintiff and Plaintiff agrees to the requested extensions..

Upon due consideration, it is **ORDERED**:

(1)    Defendant's Unopposed Motion For Extension of Expert Deadlines (Doc.

16) is **GRANTED.**

(2) Defendant's Rule 26(a)(2) expert disclosures shall be made on or before **August 10, 2012.** The discovery deadline in this case is extended to **August 31, 2012** for the limited purpose of conducting expert discovery.

(3) All other deadlines in this case shall remain the same.

**DONE AND ORDERED** this 7th day of June, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge