IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK C. JACKSON,

    Plaintiff,

v.                                                 Case No. 1:12-cv-66-MP-GRJ

HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court upon Defendant's Unopposed Motion For One Day Extension of Fact Discovery Deadline. (Doc. 18.) Defendant requests that the Court extend the fact discovery deadline by one day to allow Defendant to take the deposition of the medical examiner, which is currently scheduled for August 1, 2012. Defendant's counsel represents she has conferred with the *pro se* Plaintiff and Plaintiff agrees to the requested extension.

Upon due consideration, it is **ORDERED**:

(1)     Defendant's Unopposed Motion For One Day Extension of Fact Discovery Deadline (Doc. 18) is **GRANTED.**

(2)     The discovery deadline is extended to August 1, 2012 to permit the Defendant to depose the medical examiner.

(3)     All other deadlines in this case shall remain the same.

**DONE AND ORDERED** this 25th day of June, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge