IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK C. JACKSON,

    Plaintiff,

v.        Case No. 1:12-cv-66-MP-GRJ

HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

This matter is before the Court upon Defendant's Unopposed Motion For Additional Twenty-One Day Extension of Fact Discovery Deadline.  (Doc. 26.) Defendant requests that the Court extend the fact discovery deadline by twenty-one days to allow for the deposition of one physician and the continuation of Plaintiff's deposition.  Defendant's counsel represents she has conferred with the *pro se* Plaintiff and Plaintiff agrees to the requested extension.

    Upon due consideration, it is **ORDERED**:

(1)    Defendant's Unopposed Motion For Additional Twenty-One Day Extension of Fact Discovery Deadline (Doc. 26) is **GRANTED.**

(2)    The discovery deadline is extended to August 22, 2012 to permit the Defendant to depose the physician and complete Plaintiff's deposition.

(3)    All other deadlines in this case shall remain the same.

**DONE AND ORDERED** this 31st day of July, 2012.

    *s/ Gary R. Jones*
    GARY R. JONES
    United States Magistrate Judge